**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

In Re:                                                           )
GRAPHIC EDUCATION CORPORATION,   )   Case No: 06-20745
                               Debtor.   )

**TRUSTEE'S MOTION TO OPERATE DEBTOR**

COMES NOW Janice A. Harder, Trustee herein, by and through counsel, and moves this Court to enter its Order to allow the Debtor to continue to operate Graphic Education Corporation for a limited time in order to preserve the assets for a proposed sale. In support of this motion, Trustee states as follows:

1. Graphic Education Corporation filed this Chapter 7 bankruptcy proceeding on July 23, 2006, and Janice A. Harder is the duly appointed and acting Trustee herein.

2. Graphic Education Corporation is an internet-based provider of medical education. Its customers access various training programs on-line over the internet for which said customers pay a fee. Most customers pay an annual fee in order to obtain access to the programs for their employees.

3. Trustee has been informed of a potential buyer of all of the assets of Graphic Education Corporation in an amount which appears to the Trustee will be sufficient to pay the existing secured creditor and allow for unsecured creditors to receive a distribution in this bankruptcy proceeding. However, it is a condition of this proposed sale that Graphic Education Corporation continue to operate so that its customers still receive service and do not look elsewhere for such services.

4. Trustee believes that the cost of operating this business for approximately thirty days would be $15,000.00. The Debtor has $15,000.00 that can be used to cover said

operation. The continued operation should allow the Trustee to sell the assets for enough money to bring approximately $45,000.00 into the estate for unsecured creditors.

5. Trustee intends to monitor this case closely and if at any time it appears to the Trustee the sale is not feasible, the Trustee will discontinue the operation in order to preserve whatever money might be available for unsecured creditors.

6. Trustee believes it is in the best interest of all of the creditors to continue the operations to give the proposed sale an opportunity to take place and thus increase the recovery for all creditors.

WHEREFORE, Trustee prays this Court to enter its Order allowing the Trustee to continue to operate the Debtor on a limited basis as set forth in this Motion and for such other relief as the Court deems just and proper.

By:   /s/ Janice a. Harder
JANICE A. HARDER, Trustee in Bankruptcy
LAW OFFICE OF JANICE A. HARDER
3610 BUTTONWOOD DRIVE, STE. 200
COLUMBIA, MO 65201
(573) 875-2880

**CERTIFICATE OF SERVICE**

I certify that on the 26th day of July, 2006, a true copy of the Trustee's Motion to Operate Debtor was sent by United States mail, postage prepaid, to United States Trustee, United States Courthouse, 400 East 9th Street, Room 3440, Kansas City, MO 64106; Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114; Missouri Department of Revenue, PO Box 475, Jefferson City, MO 65105; and to John C. Reed, P.O. Box 1048, Jefferson City, MO 65102, Attorney for Debtor.

/s/ Janice A. Harder
Janice A. Harder